IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01913-BNB

RONALD B. McCRAY,

    Plaintiff,

v.

LLOYD W. MOBLEY, III, M.D.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2008

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF
## TO FILE AN AMENDED COMPLAINT

Plaintiff, Ronald B. McCray, currently resides in Aurora, Colorado. On August 26, 2008, Mr. McCray initiated the instant *pro se* Complaint with the Court. The Court must construe the Complaint liberally because Mr. McCray is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. McCray will be ordered to file an Amended Complaint.

Mr. McCray sets forth three claims. In each of the claims, it appears he is asserting that Defendant committed medical negligence or malpractice when he performed surgery on Mr. McCray.

The Court has reviewed the Complaint and has determined that it is deficient because it does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing

parties fair notice of the basis for the claims against them so that they may respond and to allow a court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. ***See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas***, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. ***See TV Communications Network, Inc. v. ESPN, Inc.***, 767 F. Supp. 1062, 1069 (D. Colo. 1991), ***aff'd***, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain: (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules.

Mr. McCray fails to set forth a short and plain statement of the grounds on which this Court's jurisdiction depends. In other words, he fails to cite the statutory authority that allows this Court to consider the claims he is asserting in this action. Mr. McCray also fails to set forth a short and plain statement of his claims showing that he is entitled to relief, and he fails to specify what Defendant did to violate a federal law. Mr. McCray's allegations set forth no more than a state tort claim.

A decision to dismiss a pleading pursuant to Rule 8 is within the trial court's sound discretion. ***See Atkins v. Northwest Airlines, Inc.***, 967 F.2d 1197, 1203 (8th Cir. 1992); ***Gillibeau v. City of Richmond***, 417 F.2d 426, 431 (9th Cir. 1969). The

Court finds that the Complaint does not meet the requirements of Fed. R. Civ. P. 8(a) and (d) and that Mr. McCray should be given an opportunity to file an Amended Complaint.

Mr. McCray is advised that, in order to state a claim in federal court, his Amended Complaint must explain what Defendant did to him, when the defendant did it, how Defendant's action harmed him, and what specific legal right Defendant violated. ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. McCray file, **within thirty days from the date of this Order,** an Amended Complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 and ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007), as discussed in this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. McCray, together with a copy of this Order, two copies of the Court-approved Complaint form. It is

FURTHER ORDERED that if Mr. McCray fails within the time allowed to file an Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED October 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01913-BNB

Ronald B. McCray
9963 E. Carolina Circle #203
Aurora, CO 80247

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on 10/24/08

GREGORY C. LANGHAM, CLERK

By /s/ Deputy Clerk