IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01913-BNB

RONALD B. McCRAY,

Plaintiff,

v.

LLOYD W. MOBLEY, III, MD,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 04 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff Ronald B. McCray currently resides in Aurora, Colorado. Mr. McCray initiated the instant action on August 26, 2008, by submitting to the Court a Civil Complaint. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on October 24, 2008, directing Plaintiff to file an Amended Complaint. Plaintiff specifically was instructed to amend the Complaint in keeping with Fed. R. Civ. P. 8(a) and with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

Plaintiff now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Boland's October 24, 2008, Order to File an Amended Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Plaintiff's Complaint is deficient and that he is required to amend the Complaint in keeping with Rule 8(a)(2) and *Nasious*. Therefore, the Complaint will be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 2 day of Dec., 2008.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01913-BNB

Ronald B. McCray
9963 E. Carolina Circle #203
Aurora, CO 80247

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/4/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk